UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| NEIL GRENNING, | ) | No. CV-09-389-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| v. | ) | **TO DENY MOTION FOR** |
| | ) | **PRELIMINARY INJUNCTION** |
| MAGGIE MILLER-STOUT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

BEFORE THE COURT is the Report and Recommendation (Ct. Rec. 57), filed February 7, 2011, to deny Plaintiff's motion for a temporary restraining order and preliminary injunction. Plaintiff filed his motion on January 14, 2011 (ECF No. 46). Defendants responded on January 26, 2011 (ECF No. 50). On February 9, 2011, Plaintiff filed a "Response" (Reply) (ECF No. 58, 59). Because plaintiff filed the reply after the magistrate judge filed his Report and Recommendation, the Court treats it as part of plaintiff's objections. Before the deadline, plaintiff also filed another objection (ECF No. 61).

The magistrate judge's report and recommendation recommends Plaintiff's motion for temporary injunctive relief be denied.

Having reviewed the Report and Recommendations and the files and records herein, and finding Plaintiff's objections (ECF No. 58, 59, 61) raise the same issues as previously argued, the Court adopts the magistrate judge's report and recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  Accordingly, **IT IS HEREBY ORDERED** that the recommendation **(ECF
2  No. 57)** to deny Plaintiff's **motion for a preliminary injunction (ECF
3  No. 46) is ADOPTED in its entirety.**
4     **IT IS SO ORDERED**. The District Court Executive is directed to
5  enter this Order and forward copies to plaintiff and counsel for
6  defendants.
7     **Dated** this 23rd day of February, 2011.

                                          s/Edward F. Shea
                                          EDWARD F. SHEA
                                UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\389.GRENNING - TRO.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2