AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NEIL GRENNING,

Plaintiff,

v.

MAGGIE MILLER-STOUT, et al,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-389-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint, ECF No. 11, is dismissed with prejudice. Defendants' Motion for Summary Judgment, ECF No. 23, is granted.

June 30, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White