# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Neil Grenning

*Plaintiff*

v.

Maggie Miller-Stout; Fred Fox

*Defendant*

Civil Action No. 2:09-cv-00389-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Judgment on Partial Findings Under Rule 52(c), ECF No. 177, DENIED AS MOOT. All other pending motions, if any, are DENIED AS MOOT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Rosanna Malouf Peterson without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 10/5/16

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler